ALBANY,<br>Feb. 1835.<br><br>Cronly<br>v.<br>Brown.

---

## CRONLY vs. BROWN.

A *variance* between the writ and declaration is not pleadable in *abatement.*

In an action of *replevin* commenced by *writ*, the plaintiff February 19. declared for a quantity of *household furniture.* The defendant put in a plea, in which he craved *oyer* of the *writ* and set it forth, and as set forth by him, it appeared that the officer was commanded to replevy as well a *barouche waggon* and *harness* as *household furniture;* and then, after setting forth the writ, the defendant pleaded the *variance* between the writ and declaration in *abatement.* The plaintiff moved to strike out the plea. The defendant, in opposition to the motion, read a certified copy of the writ, in which the *barouche* and *harness* were specified, as well as that mentioned in the declaration.

*By the Court*, SUTHERLAND, J. A *variance* between the writ and declaration is now pleadable in abatement ; such variance could in no case be pleaded without craving *oyer* of the writ, in respect to which the practice is settled that the defendant cannot have such oyer. 1 Chitty's Pl. 438, 9, and the cases there cited.

Motion granted.